CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 24 2015

JULIA C. DUDLEY, CLERK
BY: HMcDonaco
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| STEPHEN ISSIAH MCCAUL, ) | Civil Action No. 7:15-cv-00317 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **MEMORANDUM OPINION** | |
| ) | | |
| DR. MOSES QUINONES, et al., ) | By: Hon. Jackson L. Kiser | |
| Defendants. ) | Senior United States District Judge | |

Stephen Issiah McCaul, a Virginia inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, naming numerous staff of the Rockingham-Harrisonburg Regional Jail as defendants. Plaintiff alleges the following information in the complaint:

> [V]iolating my 8th Amendment by not providing me with proper medical treatment. Broken teeth and skin irritation. Denying me access to the courts, by not answering my Grievance. On 6/7/15 at 10:42 pm, I asked Officer J. Veney if he would make me copies of this civil rights act, 42 U.S.C. § 1983 and he informed me that his supervisor CPL. Shulton said[, "]No[."]

I dismiss the complaint without prejudice as frivolous for pursuing a meritless legal theory against defendants based on mere labels, conclusions, and an alleged "entitlement" to copies. See, e.g., Neitzke v. Williams, 490 U.S. 319, 327 (1989); cf. Christopher v. Harbury, 536 U.S. 403, 415 (2002).

ENTER: This 24th day of July, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge