CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 24 2015

JULIA C. DUDLEY, CLERK
BY: HMcDonaco
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| STEPHEN ISSIAH MCCAUL, ) | Civil Action No. 7:15-cv-000317 | |
|    Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| DR. MOSES QUINONES, et al., ) | By: | Hon. Jackson L. Kiser |
|    Defendants. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 24th day of July, 2015.

          /s/ Jackson L. Kiser
          Senior United States District Judge